1  Steven Jay Katzman, State Bar No. 132755
   skatzman@bmkattorneys.com
2  Anthony Bisconti, State Bar No. 269230
3  tbisconti@bmkattorneys.com
   BIENERT, MILLER & KATZMAN, PLC
4  903 Calle Amanecer, Suite 350
5  San Clemente, California 92673
   Telephone (949) 369-3700/Facsimile  (949) 369-3701
6
7  Attorneys for Specially Appearing Defendants
   WDE SOLUTIONS, INC. and
8  BOLLINGTON INDUSTRIES LIMITED
9

10                **UNITED STATES DISTRICT COURT**

11           **CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

| | |
|---|---|
| TATUNG COMPANY, LTD., a Foreign Corporation | Case No. SACV 13-01743 DOC (ANx) |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| SHU TZE HSU, a foreign national; SHOU-POR HOUNG, a foreign national; CHIN-YING HSU, a foreign national; RUI-LIN HSU, a foreign national; JACK HOUNG, a foreign national; HOWARD HOUNG, a foreign national; LI FU INVESTMENT CO., a foreign corporation; RH HOLDINGS, LLC, a Delaware LLC; WDE SOLUTIONS, INC., a foreign corporation; NEXCAST, LLC, a Delaware LLC; GORHAM INVESTMENT, LLC, a foreign limited liability company; CHIMEI TRADING CO., LTD, a foreign company; BOLLINGTON ENTERPRISES, LTD., foreign company; WESTINGHOUSE DIGITAL, LLC, a California limited liability company; PEAK PARADISE ENTERPRISES CO., LTD., a foreign company; and DOES 1-160, inclusive | Proofs of Service of Complaint (Dkt. Nos. 12 & 13): **January 17, 2014**<br><br>Current response date, based on Proofs of Service: **February 7, 2014**<br><br>New response date: **March 7, 2014** |

1
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

IT IS HEREBY STIPULATED by and between WDE SOLUTIONS, INC. and BOLLINGTON INDUSTRIES LIMITED (together, "Defendants"), specially appearing through undersigned counsel for purposes of submitting this Stipulation, and TATUNG COMPANY, LTD. ("Plaintiff"), pursuant to Local Rule 8-3, that the time within which Defendants may have to respond to the Complaint filed by Plaintiff in this action is extended up through and including March 7, 2014.

By entering into this Stipulation, Defendants do not waive and expressly reserve their rights to assert any and all available defenses in an appropriate responsive pleading, including but not limited to those provided under Rule 12 of the Federal Rules of Civil Procedure.

Dated: February 7, 2014                    BIENERT, MILLER & KATZMAN, PLC

*/s /Steven Jay Katzman /s/*
Steven Jay Katzman
Anthony R. Bisconti
Attorneys for Specially Appearing Defendants
WDE SOLUTIONS, INC. and
BOLLINGTON INDUSTRIES LIMITED

*Pursuant to Local Rule 5-4.3.4., Steven Jay Katzman hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

Date: February 7, 2014                     MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.

*/s/ Daniel T. Pascucci /s/*
Daniel T. Pascucci
Benjamin L. Wagner
Attorneys for Plaintiff
TATUNG COMPANY, LTD

# CERTIFICATE OF SERVICE

I, Coleen Grogan, declare,

That I am a citizen of the United States and am a resident or employed in Orange County, California; that my business address is 903 Calle Amanecer, Suite 350, San Clemente, California 92673; that I am over the age of 18 and not a party to the above entitled action.

That I am employed as a member of the United States District Court for the Central District of California and at whose direction I caused service of: STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3) on the interested parties as follows:

**X  BY ELECTRONIC MAIL:** by electronically filing the foregoing with the Clerk of the District Court using its ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies said parties in this case:

| | |
|---|---|
| Benjamin L Wagner<br>bwagner@mintz.com | Daniel Thomas Pascucci<br>dpascucci@mintz.com |
| Joseph S Wu<br>jwulawyer@gmail.com | Gary A Pemberton<br>gpemberton@shbllp.com |
| Mark E Bradshaw<br>mbradshaw@shbllp.com | Paul L Gale<br>paul.gale@troutmansanders.com |

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This certificate was executed on February 7, 2014, at San Clemente, California.

*/s/ Coleen Grogan /s/*
Coleen Grogan