| | |
|---|---|
| 1 | Mark Bradshaw, Bar No. 192540 |
| | **SHULMAN HODGES & BASTIAN LLP** |
| 2 | 8105 Irvine Center Drive, Suite 600 |
| | Irvine, California 92618 |
| 3 | Telephone:  (949) 340-3400 |
| | Facsimile:   (949) 340-3000 |
| 4 | |
| | Attorneys for Defendant Nexcast, LLC |
| 5 | |

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN (SANTA ANA) DIVISION

| | | |
|---|---|---|
| **TATUNG COMPANY, LTD., a Foreign Corporation,** | ) | Case No.  SACV13-01743 DOC (ANx) |
| | ) | |
| | ) | **DEFENDANT NEXCAST, LLC'S ANSWER TO FIRST AMENDED COMPLAINT** |
| **Plaintiff,** | ) | |
| vs. | ) | |
| | ) | |
| **SHU TZE HSU, a foreign national; SHOU-POR HOUNG, a foreign national; CHIN-YING HSU, a foreign national; JACK HOUNG, a foreign national; HOWARD HOUNG, a foreign national; DOUGLAS WOO, a California citizen; JENNIFER HUANG, a foreign national; BENSON LIN, a California citizen; JOHN ARAKI, a California citizen; DAVID CHEN, a California citizen; ARTHUR MOORE, a California citizen; JUAN SALCEDO, a California citizen; YO HUI CHEN, a foreign national; LI FU INVESTMENT CO., a foreign corporation; RH HOLDINGS, LLC, a Delaware LLC; WDE SOLUTION, INC., a foreign corporation; NEXCAST, LLC, a Delaware LLC; GORHAM INVESTMENT, LLC, a foreign limited liability company; CHIMEI TRADING CO., LTD, foreign company.** | ) | |
| | ) | |
| **Defendants.** | ) | |

SHULMAN HODGES & BASTIAN LLP
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

4161-006\

**ANSWER TO FIRST AMENDED COMPLAINT**

Comes now, Nexcast, LLC, a Delaware limited liability company ("Nexcast" or "Defendant"), in answer to the first amended complaint of Tatung Company, Ltd. ("Complaint"), admitting, denying and alleging as follows:

1. Defendant admits the allegations contained in the following paragraphs of the Complaint: 248.

2. Defendant denies the allegations contained in the following paragraphs of the Complaint: 2,3, 23-25, 45, 47-48, 51, 53, 57, 62, 65, 70, 72-79, 83-98, 101-104, 106-118, 120-131, 139-141, 146, 149-153, 156, 158, 164, 166-169, 172, 182-185, 192-194, 201-208, 210-214, 217, 220-223, 226-231, 234-239, 243-247, 249-259.

3. Defendant is without sufficient information to admit or deny the allegations contained in the following paragraphs of the Complaint, but to the extent a response is required Defendant denies each allegation: 1, 4, 6-22, 26-35, 37-44, 46, 49-50, 52, 54-56, 58-61, 63-64, 66-69, 71, 80-82, 99-100, 105, 119, 133-138, 142-145, 148, 159-160, 174-181, 188-190, 195-200, 216, 218-219, 225, 233, 241-242.

4. Referring to the following paragraphs of the Complaint, the allegations are legal conclusions and/or not statements of fact. To the extent a response is required, Defendant denies each and every allegation contained in the following paragraphs: 5, 36, 132, 147, 154-155, 157, 162-163, 165, 170-171, 173, 186-187, 191, 209, 215, 224, 232, 240.

## **AFFIRMATIVE DEFENSES**

Defendant asserts the following affirmative defenses and in so doing does not assume any burden of proof or persuasion. Defendant specifically reserves the right to amend, modify, or supplement this Answer and to assert additional affirmative defenses that it may discover prior to the trial of this action.

SHULMAN HODGES & BASTIAN LLP
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

4161-006\

1

ANSWER TO COMPLAINT

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Cause of Action)

Plaintiff's claim against Defendant is barred, in whole or in part, because the Complaint fails to state claims upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

### (Estoppel)

Plaintiff is estopped by its conduct from asserting the claims upon which it seeks relief.

## THIRD AFFIRMATIVE DEFENSE

### (Waiver)

The Complaint and the purported claims for relief alleged therein are barred, in whole or in part, by the doctrine of waiver.

## FOURTH AFFIRMATIVE DEFENSE

### (Failure of Condition Precedent)

Defendant is informed and believes, and on that basis alleges, that any recovery under the Complaint is barred, in whole or in part, by the failure of a condition precedent.

## FIFTH AFFIRMATIVE DEFENSE

### (Laches)

Plaintiff has inexcusably and unreasonably delayed the filing of this action and Plaintiff's claim for relief is therefore barred by the doctrine of laches.

## SIXTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

Plaintiff has failed to state the exact dates of the alleged acts by Defendant which purportedly give rise to liability. To the extent such alleged acts are outside the applicable limitations period, no liability exists.

SHULMAN HODGES &
BASTIAN LLP
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

4161-006\

2

ANSWER TO COMPLAINT

## SEVENTH AFFIRMATIVE DEFENSE

### (Standing)

Plaintiff lacks standing to assert the claims alleged in the complaint.

## EIGHTH AFFIRMATIVE DEFENSE

### (Reservation of Rights)

Insofar as there has been no discovery yet in this adversary proceeding obtained by Defendant, it is not yet possible to identify each and every Affirmative Defense which may be available. Accordingly, Defendant expressly reserves the right to amend this pleading to assert or remove the foregoing Affirmative Defenses, in whole or in part, as discovery progresses.

**WHEREFORE**, Defendant respectfully requests that the Court enter Judgment in its favor against the Plaintiff:

1. Denying any and all of the relief requested in the Complaint, with prejudice against re-filing;

2. For its attorneys' fees and costs in defense of this action; and

3. For such other and further relief as the Court may determine to be just and equitable under the circumstances.

**SHULMAN HODGES & BASTIAN LLP**

Dated: April 1, 2014      By: /s/ Mark Bradshaw
   Mark Bradshaw
   Attorneys for Nexcast, LLC

SHULMAN HODGES & BASTIAN LLP
8105 Irvine Center Drive
Suite 600
Irvine, CA 92618

4161-006\

3

ANSWER TO COMPLAINT

# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the City of Irvine, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 8105 Irvine Center Drive, Suite 600, Irvine, California 92618.

On April 1, 2014, I served the documents named below on the parties in this Action as follows:

DOCUMENT(S) SERVED: **DEFENDANT NEXCAST, LLC'S ANSWER TO FIRST AMENDED COMPLAINT**

SERVED UPON: **SEE THE ATTACHED SERVICE LIST**

[X] **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) the foregoing document(s) will be served by the court via NEF and hyperlink to the document. On April 1, 2014, I checked the CM/ECF docket for this case and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- **Peter A Biagetti**
  pbiagetti@mintz.com
- **Mark E Bradshaw**
  mbradshaw@shbllp.com,sswartzell@shbllp.com
- **Joseph R Dunn**
  jrdunn@mintz.com,docketing@mintz.com,tlmayo@mintz.com
- **Eric Joseph Eastham**
  EJEastham@mintz.com,KASteinbrenner@mintz.com,docketing@mintz.com
- **Robyn E Frick**
  Robyn.Frick@ndlf.com,stephen.rapaport@ndlf.com
- **Paul L Gale**
  paul.gale@troutmansanders.com,anabel.pineda@troutmansanders.com,felisa.lybarger@troutmansanders.com
- **Steven J Katzman**
  skatzman@bmkattorneys.com,admin@bmkattorneys.com
- **Daniel Thomas Pascucci**
  dpascucci@mintz.com,docketing@mintz.com,kjenckes@mintz.com
- **Gary A Pemberton**
  gpemberton@shbllp.com,tlenz@shbllp.com
- **Michael G Spector**
  mgspector@aol.com
- **Benjamin L Wagner**
  bwagner@mintz.com,docketing@mintz.com,kjenckes@mintz.com
- **Joseph S Wu**
  jwulawyer@gmail.com

1
2
- **Carol S Zaist**
  carol.zaist@ndlf.com,stephen.rapaport@ndlf.com

3
4
**[X]** (**FEDERAL**) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made. I declare under penalty of perjury that the foregoing is true and correct.

5
Executed on April 1, 2014, at Irvine, California.

6
7
/s/ Steven P. Swartzell
_____
Steven P. Swartzell

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SHULMAN HODGES & BASTIAN LLP**
8105 Irvine Centre Drive
Suite 600
Irvine, CA 92618

4161-006\