Gary A. Pemberton, Bar No. 126159
Mark Bradshaw, Bar No. 192540
SHULMAN HODGES & BASTIAN LLP
8105 Irvine Center Drive, Suite 600
Irvine, California 92618

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATUNG COMPANY, LTD., a Foreign Corporation,<br><br>PLAINTIFF(S)<br>v.<br>SHU TZE HSU; SHOU-POR HOUNG; CHIN-YING HSU; JACK HOUNG; HOWARD HOUNG, et al.<br>DEFENDANT(S). | CASE NUMBER:<br><br>SACV13-01743 DOC (ANx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (**LIST DOCUMENTS**):

Notice of Motion and Motion to Dismiss First Amended Complaint;
Chin-Ying Hsu's Memorandum of Points and Authorities in Support of Her Motion to Dismiss Tatung's First Amended Complaint;
Declaration of Kuan-Yu Lai in Support of Chin-Ying Hsu's Motion to Dismiss;
[Proposed] Order Granting Defendant's Motion to Dismiss First Amended Complaint

**Reason:**
☐ Under Seal and/or In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☒ Per Court order dated  March 13, 2014
☐ Manual Filing required ( *reason* ):

April 1, 2014
Date

Gary A. Pemberton
Attorney Name
Defendant Yin Hsu Chen aka Chin-Ying Hsu
Party Represented

*Note: File one Notice of Manual Filing in each case, each time you manually file document(s).*

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the City of Irvine, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 8105 Irvine Center Drive, Suite 600, Irvine, California 92618.

On April 1, 2014, I served the documents named below on the parties in this Action as follows:

DOCUMENT(S) SERVED:   **DECLARATION OF KUAN-YU LAI IN SUPPORT OF CHIN-YING HSU'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**

SERVED UPON:   **SEE THE ATTACHED SERVICE LIST**

[X]   (**BY MAIL**) I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Irvine, California. I am readily familiar with the practice of Shulman Hodges & Bastian LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing in affidavit.

Joseph R. Dunn
Daniel T. Pascucci
Eric Joseph Eastham
Mintz Levin Cohn Ferris Glovsky and Popeo PC
3580 Carmel Mountain Road, #300
San Diego, CA 92130

Joseph S. Wu
USAsia Law, Inc.
5670 La Jolla Blvd.
La Jolla, CA 92037

Michael G. Spector
Michael G. Spector Law Offices
2677 North Main Street, #320
Santa Ana, CA 92705

Carol S. Zaist
Robyn E. Frick
Newmeyer & Dillion LLP
895 Dove Street 5th Floor
Newport Beach, CA 92660

John A. Kithas
Law Offices of John A. Kithas
1 Embarcadero Center, #1020
San Francisco, CA 94111

[X]   (**FEDERAL**) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made. I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 1, 2014, at Irvine, California.

_Tovia Lenz_

---

SHULMAN HODGES & BASTIAN LLP
8105 Irvine Centre Drive
Suite 600
Irvine, CA 92618

4161-006\Z:\G-H\Houng, Richard\Chin-Ying Hsu\Pleadings\Mtn Dismiss FAC- Dec Lai.docx