Case: 8:13cv1743  Doc: 936

FILED

2017 MAR 15  PM 1:31

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY VHW

Hung-Wen(Eric)  Chen
6F, No. 80, Sec. 1, Da'an Rd., Da'an Dist.
Taipei City 10685
Taiwan (R.O.C.),

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<22583345@cacd.uscourts.gov>Subject:Activity in Case 8:13-cv-01743-DOC-AN Tatung Company Ltd v. Shu Tze Hsu et al Minutes of In Chambers Order/Directive - no proceeding held Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 11/23/2016 at 12:33 PM PST and filed on 11/23/2016

| | |
|---|---|
| **Case Name:** | Tatung Company Ltd v. Shu Tze Hsu et al |
| **Case Number:** | 8:13-cv-01743-DOC-AN |
| **Filer:** | |
| **Document Number:** | 936 |

**Docket Text:**
MINUTE (IN CHAMBERS) Order Setting Hearing for November 28, 2016 by Judge David O. Carter: In light of recent settlements in this case and the Request to Substitute Attorney filed on November 21, 2016 (Dkts. 926, 927, 934), the Court ORDERS the lead attorneys in this matter and Enoch Liang to appear for before the Court on Monday, November 28, 2016 at 11:00 a.m. All lead attorneys must be present. The parties are advised that at the November 28, 2016 hearing, the Court will begin handing down rulings and hear oral argument on some of the Motions in Limine currently before the Court.(lwag)

**8:13-cv-01743-DOC-AN Notice has been electronically mailed to:**
James Paul Conley     jconley@mintz.com
Benjamin D Scheibe     bscheibe@bgrfirm.com, khall@bgrfirm.com, dtorosyan@bgrfirm.com
Joseph R Dunn     docketing@mintz.com, jrdunn@mintz.com, tlmayo@mintz.com, jaospina@mintz.com, srbarnes@mintz.com
Peter A Biagetti     pbiagetti@mintz.com
Thomas V Reichert     tvr@birdmarella.com, docket@birdmarella.com, snj@birdmarella.com
Dimitri P Gross     dgross@dimitrigross.com
Eric M George     ckolkey@bgrfirm.com, egeorge@bgrfirm.com, cbonilla@bgrfirm.com
Joseph S Wu     jwu@usasialaw.com
Robert James Feldhake     rfeldhake@far-law.com
Paul S Chan     em@birdmarella.com, docket@birdmarella.com, pchan@birdmarella.com
Randy Kane Jones     docketing@mintz.com, rkjones@mintz.com, dsjohnson@mintz.com
Alexander Humphrey Hu     erika.santoyo@ltlattorneys.com, ben.andrews@ltlattorneys.com, lynette.suksnguan@ltlattorneys.com, docket@ltlattorneys.com, alex.hu@ltlattorneys.com,

enoch.liang@ltlattorneys.com
Christopher Kolkey     ckolkey@bgrfirm.com, vbernardo@bgrfirm.com
Daniel T Pascucci     kjenckes@mintz.com, docketing@mintz.com, dpascucci@mintz.com
Eric Joseph Eastham     docketing@mintz.com, ejeastham@mintz.com, kcosta@mintz.com
J Ronald Ignatuk     agarcia@shbllp.com, rignatuk@shbllp.com, bbailey@shbllp.com
Lawrence C Jones     larry@lawjones.net
Hernan D Vera     docket@birdmarella.com, hvera@birdmarella.com, kminutelli@birdmarella.com
Gopi K Panchapakesan     gkp@birdmarella.com, kmm@birdmarella.com

**8:13-cv-01743-DOC-AN Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

Hung-Wen (Eric) Chen
6F, No. 80, Sec. 1, Da'an Rd., Da'an Dist.
Taipei City 10685
Taiwan (R.O.C.)
US

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. SA CV 13-1743-DOC (ANx)          Date: November 23, 2016

Title: TATUNG COMPANY, LTD. V. SHU TZE HSU ET AL.

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Goltz | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):**    **ORDER SETTING HEARING FOR NOVEMBER 28, 2016**

     In light of recent settlements in this case and the Request to Substitute Attorney filed on November 21, 2016 (Dkts. 926, 927, 934), the Court ORDERS the lead attorneys in this matter and Enoch Liang to appear for before the Court on Monday, November 28, 2016 at 11:00 a.m. All lead attorneys must be present.

     The parties are advised that at the November 28, 2016 hearing, the Court will begin handing down rulings and hear oral argument on some of the Motions in Limine currently before the Court.

     The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                         Initials of Deputy Clerk
CIVIL-GEN

**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
U.S. COURTHOUSE, ROOM G8
LOS ANGELES, CALIFORNIA 90012

**OFFICIAL BUSINESS**



Box Terminated
No Such P.O. Box Number
No Such Street Number
Insufficient Address
Moved, Left No Address
TAIPEI   MPC   61

RECEIVED
CLERK, U.S. DISTRICT COURT
SOUTHERN DIVISION

MAR 10 2017

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY